UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| 3M COMPANY<br><br>and<br><br>3M INNOVATIVE PROPERTIES COMPANY,<br><br>        Plaintiffs,<br><br>   v.<br><br>VITA ZAHNFABRIK H. RAUTER GMBH & CO., KG,<br><br>and<br><br>VIDENT, INC.,<br><br>        Defendants. | Civil No. 05-1875 (ADM/JSM)<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE** |

     WHEREAS, the parties Plaintiffs 3M Company and 3M Innovative Properties Company and Defendants Vita Zahnfabrik H. Rauter GMBH & Co, KG and Vident, Inc., having agreed to the terms of a Settlement and License Agreement that resolves all claims, defenses and counterclaims pled in this action, and having filed a Stipulation and Joint Motion for Dismissal Without Prejudice (Doc. No. 62), the Court hereby orders that this action be dismissed without prejudice, with each party bearing its own legal fees and costs.

     LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: July 24, 2008        s/Ann D. Montgomery
                                     _____
                                     HONORABLE ANN D. MONTGOMERY
                                     United States District Judge