AO450 (Rev. 5/85)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

3M Company and
3M Innovative Properties Company

**JUDGMENT IN A CIVIL CASE**

V.

Case Number:  05-1875 ADM/JSM

Vita Zahnfabrik H. Rauter GMBH & Co., KG,
and Vident, Inc.

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

this action be dismissed without prejudice, with  each party bearing its own legal fees and costs.

July 25, 2008

RICHARD D. SLETTEN, CLERK

Date

s/V. Moralez

(By)                              V. Moralez,    Deputy Clerk

Form Modified:  09/16/04